IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IIITEC LIMITED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-3386 |
| | § | |
| WEATHERFORD TECHNOLOGY | § | |
| HOLDINGS, LLC, | § | |
| MARATHON OIL COMPANY, and | § | |
| IN-DEPTH SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order granting defendant's request for dismissal which the court reads a motion for summary judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs shall be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 25th day of June, 2021.

```
                    _____
                         SIM LAKE
                    SENIOR UNITED STATES DISTRICT JUDGE
```